# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SAHELIAN DEONDRAE McBROOM**                                                      **PLAINTIFF**
**ADC #650775**

v.                              No: 3:22-cv-00318 DPM-PSH

**MARTY BOYD,** *et al.*                                                                 **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Sahelian Deondrae's complaint (Doc. No. 1-1) and amended complaint (Doc. No. 7) for screening purposes,[1] the Court finds that service is appropriate with respect to his claims against the defendants. The Clerk of the Court shall prepare summonses for the defendants, and the United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 1-1), amended complaint (Doc. No. 7), and summons on each defendant without prepayment of fees and costs or security therefor. Service should be attempted through the Craighead County Sheriff's Office.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If the defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.

2

IT IS SO ORDERED this 20th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE