IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SAHELIAN DEONDRAE McBROOM**                                      **PLAINTIFF**
**ADC #650775**

v.                          No: 3:22-cv-00318 DPM-PSH

**MARTY BOYD,** *et al.*                                           **DEFENDANTS**

## ORDER

Before the Court is a motion to appoint counsel filed by Plaintiff Sahelian Deondrae McBroom ("Plaintiff") (Doc. No. 36).  Plaintiff's motion is DENIED without prejudice at this time.  In his motion to appoint counsel, Plaintiff states that he needs assistance obtaining statements from witnesses.  If the Defendants file a motion for summary judgment and the Plaintiff can explain why he needs particular witness statements to respond to such a motion, he may file another motion for appointment of counsel at that time.  And the Court may extend the discovery deadline for the limited purpose of obtaining witness statements in that scenario.

Additionally, a civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action, but the Court may appoint counsel at its discretion.  28 U.S.C. § 1915(e)(1).  The Court has considered Plaintiff's need for an attorney, the likelihood that Plaintiff will benefit from assistance of counsel, the factual complexity of the case, the Plaintiff's ability to investigate and present his

case, and the complexity of the legal issues. In considering these factors, the Court finds that Plaintiff's claims do not appear legally or factually complex, and it appears he is capable of prosecuting his claims without appointed counsel at this time. Counsel will be appointed at the direction of the Court when and if it is deemed necessary.

    IT IS SO ORDERED this 25th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE