## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SAHELIAN DEONDRAE McBROOM**                                    **PLAINTIFF**
**ADC #650775**

**v.**                              **No: 3:22-cv-00318-PSH**

**MARTY BOYD,** *et al.*                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date (Doc. No. 56), judgment is entered in favor of defendants.  Plaintiff Sahelian Deondrae McBroom's claims against defendants Marty Boyd and Jerry Foster are dismissed with prejudice. McBroom's claims against defendants Calderone, Stanfield, and Norwood are dismissed without prejudice.  *See* Doc. No. 38.

DATED this 3rd day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE